UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO WARREN, JR., | No. 2:25-cv-2242 CSP P |
| Plaintiff, | ORDER |
| v. | |
| DEPUTY D. RIOS, et al., | |
| Defendants. | |

Plaintiff, a pretrial detainee, proceeds pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On January 26, 2026, plaintiff filed a letter requesting the Court excuse the untimely filing of his consent form, and asking the Court to subpoena the June 2, 2025 video of the incident at issue herein. (ECF No. 16.) First, the Court has received plaintiff's consent form and finds no issue with its timeliness. (ECF No. 17.) Second, plaintiff's request regarding the video is premature. Defendants have not yet filed a responsive pleading. Once the Court issues a discovery and scheduling order in this case, plaintiff may request the video from defendants by propounding a discovery request. Plaintiff's request is denied as premature.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's January 26, 2026 request (ECF No. 16) is denied without prejudice.

Dated: February 4, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/warr2242.subp

1