UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO WARREN, JR.,

              Plaintiff,

    v.

DEPUTY D. RIOS, et al.,

              Defendants.

No.  2:25-cv-2242 CSP P

ORDER

Plaintiff, a pretrial detainee, proceeds pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  On February 2, 2026, plaintiff filed a letter requesting the Court assist him in obtaining copies of his medical records.  (ECF No. 20.)  Plaintiff's request regarding the discovery of medical records is premature.  Defendants have not yet filed a responsive pleading.  Once the Court issues a discovery and scheduling order in this case, plaintiff may request medical records from defendants by propounding a discovery request.  Plaintiff's request is denied as premature.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's February 2, 2026 request (ECF No. 20) is denied without prejudice.

Dated:  February 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/warr2242.med.rec

1